1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              **Case No. : 06-4798 CRB**
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION           **MDL NO. 1699**
                                           **District Judge:  Charles R. Breyer**
14
    Joe Hardin, et al.,
15
                          Plaintiffs
16                                         **STIPULATION AND ORDER OF**
    vs.                                    **DISMISSAL WITH PREJUDICE**
17

18  Pfizer Inc, et al.,

19                         Defendants.

20

21       Come now the Plaintiffs Joe Hardin; Ronnie McSween; Dorothy Jones; Lela Oliver; and

22  Sue Newland in the above-entitled action and Defendants, by and through the undersigned

23  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

24  dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side

25  bearing its own attorneys' fees and costs.

26

27

28
                                    -1-

    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
    EAST\42581961.1

1

DATED: 11-17, 2009    By: _____

2

3        **BEASLEY, ALLEN, CROW, METHVIN,**
         **PORTIS & MILES, P.C.**
4        218 Commerce Street
         P.O. Box 4160
5        Montgomery, Alabama 36103
         Telephone: 334-269-2343
6        Facsimile: 334-954-7555

         *Attorneys for Plaintiffs*
7

8

DATED: Nov. 17, 2009    By: _____

9

10       **DLA PIPER LLP (US)**
         1251 Avenue of the Americas
11       New York, New York 10020
         Telephone: 212-335-4500
12       Facsimile: 212-335-4501

13       *Defendants' Liaison Counsel*

14

15

16       **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
         **IT IS SO ORDERED.**

17

18       Dated: **NOV 2 3 2009**

19       Hon. Charles R. Breyer
         United States District Court

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42581961.1